1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CASBN 202121)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

**FILED**

JUN 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>DEBRA EDISON, )<br>  )<br>  Defendant. )<br>_____ ) | No. 3 07 70386 BZ<br><br>UNITED STATES' MOTION TO SEAL COMPLAINT AND ARREST WARRANT AND [PROPOSED] ORDER |

The government hereby moves the Court for an order sealing this motion and order and the Complaint and Affidavit in support of the Complaint until further order of the Court. The

///
///
///
///
///

United States' Sealing Motion


1  government believes, based on the Affidavit that the defendant will flee the United States and
2  make other efforts to avoid capture if she becomes aware of these documents.
3
4  DATED: June 27, 2007                    Respectfully submitted,
5                                          SCOTT N. SCHOOLS
                                           United States Attorney
6
7
8                                          JEFFREY FINIGAN
                                           Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States' Sealing Motion                    2

Case 3:07-mj-70386-MRGD   Document 2   Filed 06/28/2007   Page 2 of 3

1  **ORDER**

2  Based upon the foregoing request, the Court hereby **ORDERS** that this Motion and Order
3  and the Complaint and Affidavit in support of the Complaint shall be filed and kept under seal by
4  the clerk of the Court until further order of the Court.

6  DATED: 28 June 07

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

United States' Sealing Motion              3