1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CASBN 202121)
3  Acting Chief, Criminal Division

4  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorney
5

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone: (415) 436-7232
     Facsimile: (415) 436-7234
8    Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,        )   No. 3 07 70386 BZ
15                                  )
              Plaintiff,            )   UNITED STATES' MOTION TO UNSEAL
16                                  )   COMPLAINT [PROPOSED] ORDER
                                    )
17     v.                           )
                                    )
18                                  )
   DEBRA EDISON,                    )
19                                  )
              Defendant.            )
20 _____)

21

22      The government hereby moves the Court for an order unsealing the Affidavit, Complaint

23 and Arrest Warrant in this matter because the defendant was arrested by state authorities on an

24 ///

25 ///

26 ///

27

28

                                            1

1  unrelated matter on June 29, 2007, and is now aware of this matter.

3  DATED: July 2, 2007                    Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney


                                          /s/
                                          JEFFREY R. FINIGAN
                                          Assistant United States Attorney


## ORDER

Based upon the motion of the government, IT IS HEREBY ORDERED that the Affidavit, Complaint and Arrest Warrant shall be unsealed


DATED: 7-2-07                             /s/
                                          JAMES LARSON
                                          United States Magistrate Judge

2