1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CASBN 202121)
   Acting Chief, Criminal Division
4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov
9  Attorneys for Plaintiff
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13
14
   UNITED STATES OF AMERICA,        )   Criminal No. CR 3 07 70386 BZ
15                                  )
         Plaintiff,                 )
16                                  )
                                    )   **STIPULATION AND [PROPOSED]**
17     v.                           )   **ORDER EXCLUDING TIME**
                                    )
18                                  )
   DEBRA EDISON,                    )
19                                  )
         Defendant.                 )
20 _____ )
21
22     The above-captioned matter came before the Court on July 6, 2007, for detention hearing
23 and setting of preliminary hearing.  The defendant was represented by Shawn Halbert, Esq., and
24 the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The case
25 was set for July 23, 2007, at 9:30 a.m. for preliminary hearing or indictment.
26     The Court made a finding on the record of good cause and the defendant
27 consented to extending the time within which she must be indicted pursuant to Federal
28 Rule of Criminal Procedure 5.1(d).

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 3 07 70386 BZ

1    The parties hereby agree to and request that the case be continued until July 23,
2 2007, and that the time limits of Rule 5.1(c) be extended until then.

5 DATED:    July 6, 2007                    /s/
                                            SHAWN HALBERT
6                                           Counsel for Debra Edison

8
  DATED:    July 6, 2007                    /s/
9                                           JEFFREY R. FINIGAN
                                            Assistant U.S. Attorney

11 So ordered.
12 DATED:
                                            JAMES LARSON
13                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 3 07 70386 BZ                 2