E-Filing

☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Wings Hom | REPORTER/TAPE NO. FTR 9:56-10:26 | |
|---|---|---|---|
| MAGISTRATE JUDGE JAMES LARSON | DATE July 6, 2007 | FILED NEW CASE 2007 JUL -6 AM 11:16 | CASE NUMBER 3-07-70386 BZ |

APPEARANCES

| DEFENDANT Debra Edison | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT ShawnHalbert - appt'd provsnly | ☐ PD. ☐ APPT. ☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY Jeff Finigan | INTERPRETER | | | FIN. AFFIDAVIT SUBMITTED ☐ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ COUNSEL APPOINTED ☐ PARTIAL PAYMENT OF CJA FEES ORDERED ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Brad Wilson | | | | |

PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☒ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☒ OTHER set |

INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED              REAL PROPERTY:

| ☐ CASH | ☐ CORPORATE SECURITY | ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | OTHER: Court finds Govt has met burden of proof |
|---|---|

PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

CONTINUANCE

| TO: 7-23-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. JL | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | Counsel to submit order | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

ADDITIONAL PROCEEDINGS

Financial affidavit not submitted.

| COPIES SENT TO: Venice, | DOCUMENT NUMBER: |
|---|---|