SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 3 07 70386 BZ |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME & CONTINUING HEARING** |
| DEBRA EDISON, | |
| Defendant. | |

The above-captioned matter is currently set for July 23, 2007, at 9:30 a.m. for preliminary hearing or indictment.. The defendant is represented by Shawn Halbert, Esq., and the government is represented by Jeffrey Finigan, Assistant United States Attorney.

The parties hereby stipulate and respectfully request that the defendant's next court appearance on July 23, 2007, be continued to August 1, 2007, at 9:30 a.m. for preliminary hearing or indictment and that the time limits of Rule 5.1(c) be extended until then. The parties further stipulate and request that the Court make a finding of good cause based on

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME & CONTINUING HEARING
CR 3 07 70386 BZ

1  the record of the proceedings thus far in the case to extend the time within which the
2  defendant must be indicted pursuant to Federal Rule of Criminal Procedure 5.1(d).
3
4
5  DATED:   July 12, 2007                    /s/
                                             SHAWN HALBERT
6                                            Counsel for Debra Edison
7
8
   DATED:   July 12, 2007                    /s/
9                                            JEFFREY R. FINIGAN
                                             Assistant U.S. Attorney
10
11 So ordered.
12 DATED:
                                             _____
13                                           NANDOR J. VADAS
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME & CONTINUING HEARING
CR 3 07 70386 BZ                             2