1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CASBN 202121)
   Acting Chief, Criminal Division
4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,            )   Criminal No. CR 3 07 70386 BZ
15                                      )
         Plaintiff,                     )
16                                      )
                                        )   **STIPULATION AND [PROPOSED]**
17       v.                             )   **ORDER EXCLUDING TIME &**
                                        )   **CONTINUING HEARING**
18                                      )
   DEBRA EDISON,                        )
19                                      )
         Defendant.                     )
20 _____ )

21

22       The above-captioned matter is currently set for July 23, 2007, at 9:30 a.m. for

23 preliminary hearing or indictment..  The defendant is represented by Shawn Halbert, Esq., and

24 the government is represented by Jeffrey Finigan, Assistant United States Attorney.

25       The parties hereby stipulate and respectfully request that the defendant's next court

26 appearance on July 23, 2007, be continued to August 1, 2007, at 9:30 a.m. for preliminary

27 hearing or indictment and that the time limits of Rule 5.1(c) be extended until then.  The

28 parties further stipulate and request that the Court make a finding of good cause based on

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME & CONTINUING HEARING
CR 3 07 70386 BZ

the record of the proceedings thus far in the case to extend the time within which the defendant must be indicted pursuant to Federal Rule of Criminal Procedure 5.1(d).

DATED:    July 12, 2007

/s/
SHAWN HALBERT
Counsel for Debra Edison

DATED:    July 12, 2007

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.
DATED:    July 16, 2007

NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME & CONTINUING HEARING
CR 3 07 70386 BZ                    2