UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

    Plaintiff(s),                              No.3- 07-70386 (JL)

    v.                                     NOTICE AND ORDER
                                          SETTING HEARING

DEBRA EDISON

    Defendant(s).

_____ /

TO ALL PARTIES AND COUNSEL OF RECORD:

The above entitled case has been set for bail status hearing on July 23, 2007, at 9:30 a.m., in Courtroom F, 15th Floor, before Chief Magistrate Judge James Larson.

Dated: July 17, 2007

_____

Wings Hom, Courtroom Deputy

Hearing.Not                                  1